**DISMISS and Opinion Filed July 16, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00412-CV**
_____

**ROOSEVELT TRAMMEL, Appellant**
**V.**
**D & D AUTO REPAIR SERVICE, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-07816**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Justice Nowell

Appellant filed his brief on May 23, 2024. We then notified appellant, who is proceeding pro se, that his brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We listed numerous defects in the brief, including that it did not contain a table of contents, an index of authority indicating the pages of the brief where the authorities are cited, or a statement of the case supported by record references. Further, no part of the brief contained any citations to the record or to any authorities. We instructed appellant to file an amended brief correcting these deficiencies within ten days. In the request, we

cautioned appellant that the appeal was subject to dismissal if appellant failed to file an amended brief in compliance with the rules of appellate procedure. To date, appellant has failed to do so.

The purpose of an appellant's brief is to acquaint the Court with the issues in a case and to present argument that will enable us to decide the case. *See* TEX. R. APP. P. 38.9. The right to appellate review extends only to complaints made in accordance with our rules of appellate procedure, which require an appellant to concisely articulate the issues we are asked to decide, to make clear, concise, and specific arguments in support of appellant's position, to cite appropriate authorities, and to specify the pages in the record where each alleged error can be found. *See* Tex. R. App. P. 38.1; *Lee v. Abbott*, No. 05-18-01185-CV, 2019 WL 1970521, at *1 (Tex. App—Dallas May 3, 2019, no pet.) (mem. op.); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.). Even liberally construing appellant's brief, we conclude it fails to acquaint the Court with the issues in the case, does not enable us to decide the case, does not make clear, concise, specific arguments, and is in flagrant violation of rule 38.

Although given the opportunity to correct the brief, appellant did not do so. Under these circumstances, we strike appellant's brief and dismiss this appeal. *See* TEX. R. APP. P. 38.9(a); 42.3(b),(c).

/Erin A. Nowell/

ERIN A. NOWELL
JUSTICE

240412F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ROOSEVELT TRAMMEL,
Appellant

No. 05-24-00412-CV     V.

D & D AUTO REPAIR SERVICE,
Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-07816.
Opinion delivered by Justice Nowell.
Chief Justice Burns and Justice
Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 16, 2024